AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
CHRISTOPHER KUEHNE

Case: 1:21-mj-00218
Assigned to: Judge Faruqui, Zia M
Assign Date: 2/10/2021
Description: COMPLAINT W/ARREST WARRANT

*Defendant*

U.S. MARSHAL-DC
RECEIVED FEB 12 '21 AM 10:5

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* **CHRISTOPHER KUEHNE**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
See attached affidavit, which is incorporated herein by reference.

Date: 02/10/2021

2021.02.10 15:37:33 -05'00'
*Issuing officer's signature*

City and state:   Washington, D.C.            ZIA M. FARUQUI, United States Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 02-10-2021, and the person was arrested on *(date)* 02-11-2021
at *(city and state)* OLATHE, KS

Date: 02-12-2021

*Arresting officer's signature*

SA Brian Newburn
*Printed name and title*