UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA </br></br> v. </br></br> CHRISTOPHER KUEHNE, ET. AL., </br></br> Defendants. | ) </br> ) </br> ) </br> ) Criminal Case No: **1:21-cr-00160-TJK** </br> ) </br> ) </br> ) </br> ) </br> ) |

### CHRISTOPHER KUEHNE'S MOTION TO SEVER DEFENDANT

 Christopher Kuehne moves to sever his case from that of the co-defendants under Rule 14(a) of the Federal Rules of Criminal Procedure. Mr. Kuehne's trial rights are prejudiced by the joinder of his case with codefendants who are represented by a counselor who has made highly inappropriate and prejudicial statements that were disseminated by means of public communication, which directly impact and prejudice Mr. Kuehne's right to a fair trial. Therefore, Mr. Kuehne invokes his right for relief, seeking severance.

 Defendant hereby incorporates the points and authorities presented in the corresponding Memorandum in Support of Motion to Sever Defendant.

Date: May 18, 2021

Respectfully submitted,

By Counsel:

/s/
_____

Marina Medvin, Esq.
*Counsel for Christopher Kuehne*
MEDVIN LAW PLC
916 Prince Street
Alexandria, Virginia 22314
Tel:  888.886.4127
Email: contact@medvinlaw.com

## CERTIFICATE OF SERVICE FOR CM/ECF

I hereby certify that on May 18, 2021, I will electronically file the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/
_____

Marina Medvin, Esq.