# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:21-cr-00160-002 (TJK) |
| ) | |
| LOUIS ENRIQUE COLON, ) | |
| ) | |
| Defendant. ) | **MOTION TO WITHDRAW** |

COMES NOW F. Joseph Warin of the firm Gibson Dunn, and pursuant to LcrR44.5(d) respectfully moves for an order to withdraw from further representation as co-counsel for the defendant, Louis Enrique Colon. In support of this motion, undersigned counsel offers the following suggestions in support.

1. On or about February 23, 2021, the undersigned entered his appearance as co-counsel on behalf of defendant Colon and moved for the admission *pro hac vice* of James R. Hobbs, a licensed Missouri attorney. (Doc. No. 16).

2. On or about February 26, 2021, the Court granted Mr. Hobbs admission *pro hac* vice, (Doc. 17) and Mr. Hobbs subsequently entered his appearance (Doc. 25).

3. On or about June 7, 2021, upon application, Mr. Hobbs was granted an Order of Admission to the U.S. District Court for the District of Columbia, DC Bar ID MO0022.

4. Based upon Mr. Hobbs' official admission to this District, undersigned counsel's appearance in the case is no longer necessary. The granting of this motion to

withdraw will not unduly delay the trial of this matter or be unfairly prejudicial to any party, and it is in the interest of justice that the motion be granted.

WHEREFORE, the undersigned respectfully requests that this Honorable Court grant his motion to withdraw.

Respectfully submitted,

By: _____

F. Joseph Warin

DC Bar #235978
GIBSON DUNN
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC
20036-5306
Tel +1 202.887.3609 • Mobile +1 202.213.3597
FWarin@gibsondunn.com

**ATTORNEY FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I hereby certify that on June 21, 2021, I will electronically file the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

_____
Attorney for Defendant