**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**UNITED STATES OF AMERICA** :
:
**v.** :
: **Case No.: 21-CR-160 (TJK)**
**CHRISTOPHER KUEHNE et al.,** :
:
**Defendants.** :

**NOTICE OF ATTORNEY APPEARANCE**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Department of Justice Trial Attorney Conor Mulroe is entering his appearance in this matter on behalf of the United States.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By: *<u>/s/ Conor Mulroe</u>*

Conor Mulroe
NY Bar No. 5289640
Trial Attorney
U.S. Department of Justice, Criminal Division
1301 New York Ave. NW
Suite 700
(202) 330-1788
conor.mulroe@usdoj.gov