# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | |
| : | **Case No.: 21-CR-160 (TJK)** |
| **CHRISTOPHER KUEHNE,** : | |
| : | |
| **Defendant.** : | |

## GOVERNMENT'S RESPONSE TO DEFENDANT KUEHNE'S MOTION TO MODIFY CONDITIONS OF RELEASE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, files this Response to Defendant Kuehne's Motion to Modify Conditions of Release [ECF 155].

The government does not oppose the defendant's requested modification.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By:   */s/ Conor Mulroe*
Conor Mulroe
NY Bar No. 5289640
Trial Attorney
U.S. Department of Justice, Criminal Division
1301 New York Ave. NW
Suite 700
(202) 330-1788
conor.mulroe@usdoj.gov