# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Case No.: 21-CR-00160** |
| v. | : | |
| | : | |
| **KUEHNE ET AL.,** | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Assistant United States Attorney, Samantha Miller, who may be contacted by telephone at (202) 527-1814 or e-mail at samantha.miller@usdoj.gov.  This is notice of their appearance in this matter on behalf of the United States.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By:  /s/ *Samantha Miller*
Samantha Miller
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20579
Phone: (202) 527-1814
samantha.miller@usdoj.gov