UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.  : | Case No. 21-CR-160-1 (TJK) |
| : | |
| CHRISTOPHER KUEHNE, : | |
| : | |
| Defendant. : | |

## MOTION TO CONVERT HEARING TO CHANGE OF PLEA HEARING

The United States of America respectfully files this motion to set an in-person change of plea hearing for defendant Christopher Kuehne in the above-captioned matter on **September 7, 2023**, at **2:00 PM**. For defendant Kuehne, this change of plea hearing would replace the status conference presently set for September 18, 2023. The government requests that the status conference remain calendared as to the remaining defendants.

Government counsel has communicated with counsel for the defendant, who has furnished the government with executed plea agreement documents and who concurs with the filing of this motion.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By:   */s/ Conor Mulroe*
Conor Mulroe
NY Bar No. 5289640
Trial Attorney
U.S. Department of Justice, Criminal Division
1301 New York Ave. NW, Suite 700
(202) 330-1788
conor.mulroe@usdoj.gov