# Defense Exhibit 1:

Military Awards and Commendations,

as well as

Letters in Support of Awards and

Commendations

(Private Identifiers Redacted)



# THE PRESIDENT OF THE UNITED STATES OF AMERICA

*To all who shall see these presents, greeting:*

*Know ye that, reposing special trust and confidence in the patriotism, valor, fidelity and abilities of*  Christopher C. Kuehne  *I do appoint this officer a*

Captain  *in the*

# United States Marine Corps

*To rank as such from the* **first** *day of* **July** *two thousand and seven. This officer will therefore carefully and diligently discharge the duties of the office to which appointed by doing and performing all manner of things thereunto belonging.*

*And I do strictly charge and require those officers and other personnel of lesser rank to render such obedience as is due an officer of this grade and position. And this officer is to observe and follow orders and directions, from time to time, as may be given by the President of the United States of America, or other superior officers acting in accordance with the laws of the United States of America.*

*This commission is to continue in force during the pleasure of the President of the United States of America under the provisions of those public laws relating to officers of the* **Armed Forces of the United States of America** *and the component thereof in which this appointment is made.*

*Done at the City of Washington, this* **twenty-fifth** *day of* **May** *in the year of our Lord two thousand and seven, and of the Independence of the United States of America, the two hundred thirty-first.*

*By the President*



James T. Conway  
*Commandant of the Marine Corps*

Donald C. Winter  
*Secretary of the Navy*

# CERTIFICATE OF APPRECIATION

FOR SERVICE IN THE ARMED FORCES OF THE UNITED STATES OF AMERICA

## CAPTAIN CHRISTOPHER C. KUEHNE, USMC

*I extend to you my personal thanks and the sincere appreciation of a grateful nation for your contribution of honorable service to our country. You have helped maintain the security of the nation during a critical time in its history with a devotion to duty and a spirit of sacrifice in keeping with the proud traditions of military service.*

*Your commitment and dedication have been an inspiration for those who will follow in your footsteps, and for all Americans who join me today in saluting you for a job extremely "well done."*

*My best wishes to you for happiness and success in the future.*



Commander in Chief







# THE UNITED STATES OF AMERICA

TO ALL WHO SHALL SEE THESE PRESENTS, GREETING:
THIS IS TO CERTIFY THAT
THE PRESIDENT OF THE UNITED STATES OF AMERICA
HAS AWARDED THE

## PURPLE HEART

ESTABLISHED BY GENERAL GEORGE WASHINGTON
AT NEWBURGH, NEW YORK, AUGUST 7, 1782
TO

**FIRST LIEUTENANT CHRISTOPHER C. KUEHNE, UNITED STATES MARINE CORPS**

FOR WOUNDS RECEIVED
IN ACTION
ON 29 JUNE 2006 IN IRAQ

GIVEN UNDER MY HAND IN THE CITY OF WASHINGTON
THIS   19TH                          DAY OF     JULY   2006

*J. F. Sattler*

**J. F. SATTLER**
Lieutenant General, U.S. Marine Corps
Commander, U.S. Marine Corps Forces Central Command

BUREAU OF ENGRAVING AND PRINTING



Dear Captain Kuehne,

Upon the occasion of your retirement, I extend my sincere appreciation for your dedicated service to the Corps.

During your career, the Marine Corps has been involved in combat, and it has been because of Marines like you that the Corps has acquitted itself so well on the battlefield. High standards of excellence in conduct and performance have long been our hallmark, and with them, a unique spirit that sets us apart. You can be proud to have been a part of that legacy and to have attained your grade in an organization such as ours.

In recognizing your long and dedicated service to the Corps, we cannot fail to acknowledge the contributions of your family over those many years. Long and frequent separations are a way of life for Marines, and it takes a very special kind of family to share the many hardships with us. We owe them our deepest gratitude.

As you leave our active ranks, go with the knowledge that your distinguished service will have a lasting influence and it has earned you a legion of friends and fellow Marines who wish you well in the coming years. The Corps is better because you served, and our Nation can stand proud because it produces Marines like you.

I speak for all Marines in wishing you good health and good fortune.

Semper Fi, Marine!

JAMES F. AMOS
General, U.S. Marine Corps
Commandant of the Marine Corps



16 August 2004

Dear Second Lieutenant Kuehne,

Thank you for participating in the funeral services for President Ronald Reagan. The howitzer salute at both the Reagan Library and at Point Mugu was performed admirably and was a befitting tribute to our 40th President.

I know that a lot of hard work and practice went into making both these events a success. You are to be commended for an outstanding job.

Semper Fidelis,

J. L. WILLIAMS
Brigadier General, U.S. Marine Corps
Commanding General
I Marine Expeditionary Force, Camp Pendleton

Second Lieutenant Christopher C. Kuehne
29771 Orchid Court
Temecula, CA 92591



# THE OLD GUARD
### THE OFFICIAL ESCORT TO THE PRESIDENT



# CERTIFICATE OF COMMENDATION

## CAPTAIN CHRISTOPHER KUEHNE
### UNITED STATES MARINE CORPS

FOR OUTSTANDING SUPPORT DURING THE ARRIVAL AND INTERMENT SERVICE FOR FORMER PRESIDENT RONALD REAGAN WHILE SERVING AS THE PRESIDENTIAL SALUTE BATTERY PLATOON COMMANDER. CAPTAIN KUEHNE'S SUPERB EXPERTISE AND POISE DURING THE EXTREMELY HIGH VISIBILITY 21-ROUND HOWITZER SALUTE UPHOLDS THE FINEST TRADITIONS OF MILITARY SERVICE. HIS ACTION REFLECT DISTINCT CREDIT UPON HIMSELF, THE UNITED STATES MARINE CORPS, AND THE DEPARTMENT OF DEFENSE.

11 JUNE 2004

NOLI ME TANGERE

6 February 2013
HQ, 3D U.S. Infantry Regiment
Fort Myer, VA  22211

JAMES C. MARKERT
COL, IN
COMMANDING



# Certificate of Good Conduct

CORPORAL CHRISTOPHER C KUEHNE 

*Having conducted yourself in a creditable manner,*
*you are, by direction of the Commandant of the*
*Marine Corps, awarded a Good Conduct Medal*

_____ FIRST AWARD _____ *for the period*

_____ 06 APRIL 1993 _____ *to* _____ 05 APRIL 1996 _____.

*Your conduct during this period denotes honest*
*and faithful service in keeping with the*
*highest traditions of the Marine Corps.*

M. R. MCFALL
U.S.M.C.
CAPTAIN, COMPANY COMMANDER
COMMANDING

3D BATTALION, 5TH MARINES

CAMP PENDLETON, CA 92055
UNIT

05 APRIL 1996
DATE OF AWARD.

NAVMC 71 (REV. 9-66) (1650)
SN: 0000-00-000-1003 U/I: PADS OF 50 SETS

★ U.S.G.P.O.: 1993-735-850



# United States Marine Corps

# Certificate of Good Conduct

Sergeant Christopher C. Kuehne ▓▓▓▓▓

*Having conducted yourself in a creditable manner,*
*you are, by direction of the Commandant of the*
*Marine Corps, awarded a Good Conduct Medal*

_____ Second Award _____ *for the period*

_____ 8 April 1997 _____ *to* _____ 7 April 2000 _____.

*Your conduct during this period denotes honest*
*and faithful service in keeping with the*
*highest traditions of the Marine Corps.*

T. N. BARNHOUSE

COLONEL U.S.M.C.

COMMANDING

Weapons Field Training Battalion

MCRD, Parris Island, SC
UNIT

8 April 2000
DATE OF AWARD

NAVMC 71 (REV. 9-66) (1650)
SN: 0109-LF-062-6500



# DEPARTMENT OF THE NAVY

### THIS IS TO CERTIFY THAT
### THE SECRETARY OF THE NAVY HAS AWARDED THE

## NAVY AND MARINE CORPS ACHIEVEMENT MEDAL

### TO

**SERGEANT CHRISTOPHER C. KUEHNE, UNITED STATES MARINE CORPS**

### FOR

MERITORIOUS SERVICE WHILE SERVING AS A RANGE COACH, BLOCK NONCOMMISSIONED OFFICER, PITT NONCOMMISSIONED OFFICER, COMPANY CLERK, AND TRAINING NONCOMMISSIONED OFFICER, FIELD TRAINNG COMPANY, WEAPONS AND FIELD TRAINING BATTALION, MARINE CORPS RECRUIT DEPOT, PARRIS ISLAND, SOUTH CAROLINA FROM 16 OCTOBER 1997 TO 30 APRIL 2000. THROUGHOUT THIS PERIOD, SERGEANT KUEHNE PERFORMED HIS DUTIES IN AN EXEMPLARY MANNER. AS A RANGE COACH, BLOCK NONCOMMISSIONED OFFICER, AND PITT NONCOMMISSIONED OFFICER, HE ENSURED THE SAFE AND EFFICIENT TRAINING AND SUPERVISION OF OVER 3400 RECRUITS THROUGHOUT THE CONDUCT OF THIRD PHASE MARKSMANSHIP TRAINING. AS THE COMPANY CLERK AND TRAINING NONCOMMISSIONED OFFICER, SERGEANT KUEHNE REVAMPED THE DATABASE FOR THE COMPANY'S TRAINING RECORDS, THEREBY CREATING A MORE EFFICIENT AND EFFECTIVE ADMINISTRATIVE TRACKING SYSTEM THAT WAS EVENTUALLY ADOPTED THROUGHOUT THE BATTALION. SERGEANT KUEHNE'S INITIATIVE, AND DEVOTION TO DUTY REFLECTED GREAT CREDIT UPON HIMSELF AND WERE IN KEEPING WITH THE HIGHEST TRADITIONS OF THE MARINE CORPS AND THE UNITED STATES NAVAL SERVICE.

**GIVEN THIS**   31ST   **DAY OF**   MARCH 2000

For the   SECRETARY OF THE NAVY

S. A. CHENEY
BRIGADIER GENERAL, U.S. MARINE CORPS
COMMANDING GENERAL
MARINE CORPS RECRUIT DEPOT

NAVSO 1650/12 (REV. 7-89)
S/N 0104-LF-982-3000



# DEPARTMENT OF THE NAVY

## THIS IS TO CERTIFY THAT
### THE SECRETARY OF THE NAVY HAS AWARDED THE

# NAVY AND MARINE CORPS COMMENDATION MEDAL

### (GOLD STAR IN LIEU OF THIRD AWARD)

## TO
### CAPTAIN CHRISTOPHER C. KUEHNE
### UNITED STATES MARINE CORPS

## FOR

MERITORIOUS SERVICE AS A PLATOON COMMANDER, COMPANY B AND DEPUTY DIRECTOR, DISTANCE LEARNING & TECHNOLOGY DEPARTMENT, MARINE CORPS INSTITUTE COMPANY, MARINE BARRACKS WASHINGTON FROM OCTOBER 2007 TO MARCH 2010. CAPTAIN KUEHNE'S PROFESSIONAL MILITARY DEMEANOR POSITIVELY REPRESENTED THE MARINE CORPS TO OVER 200,000 GUESTS AND MOURNERS AS HE HOSTED OVER 50 PARADES AND CEREMONIES AND AS HE MARCHED IN 22 EVENING AND SUNSET PARADES, OVER 30 MILITARY FUNERALS AT ARLINGTON NATIONAL CEMETERY, SIX TOMB OF THE UNKNOWN SOLDIER WREATH LAYING CEREMONIES, AND THREE ARMED FORCES FULL HONORS PARADES. AS THE DEPUTY DIRECTOR FOR THE DISTANCE LEARNING & TECHNOLOGY DEPARTMENT, HE LED 32 DISTANCE LEARNING INSTRUCTORS TO STREAMLINE ANNUAL COURSE LISTINGS AND TRANSFER SIX PAPER BASED COURSES TO DIGITAL COURSEWARE FORMAT, SAVING APPROXIMATELY $1 MILLION IN POSTAGE AND PRINTING COSTS. HE SUPERVISED ALL PLANNING, ANALYSIS, DESIGN, DEVELOPMENT, IMPLEMENTATION AND EVALUATION OF DISTANCE LEARNING COURSE PRODUCTION, ENSURING PROFESSIONAL SUPPORT FOR 670,000 ANNUAL ENROLLMENTS. CAPTAIN KUEHNE'S TIRELESS EFFORTS AND DEDICATION TO DUTY REFLECTED CREDIT UPON HIMSELF AND UPHELD THE HIGHEST TRADITIONS OF THE MARINE CORPS AND THE UNITED STATES NAVAL SERVICE.

GIVEN THIS   20TH   DAY OF   JANUARY 2010



FOR THE   SECRETARY OF THE NAVY

**A. H. SMITH**
**COLONEL, U. S. MARINE CORPS**
**COMMANDING**

NAVSO 1650/11 (REV. 7-99)
S/N 0104-LF-982-1800



# DEPARTMENT OF THE NAVY

### THIS IS TO CERTIFY THAT
### THE SECRETARY OF THE NAVY HAS AWARDED THE

## NAVY AND MARINE CORPS COMMENDATION MEDAL

### TO
**FIRST LIEUTENANT CHRISTOPHER C. KUEHNE**
**UNITED STATES MARINE CORPS**

### FOR

...ORIOUS ACHIEVEMENT WHILE SERVING AS ASSISTANT OPERATIONS OFFICER, MILITARY TRANSITION TEAM, 7TH IRAQI ARMY DIVISION HEADQUARTERS, I MARINE ...TIONARY FORCE FORWARD, FROM JANUARY TO DECEMBER 2006 IN SUPPORT OF OPERATION IRAQI FREEDOM. LIEUTENANT KUEHNE WORKED TIRELESSLY WITH THE ...VISION G-3 IN THE DEVELOPMENT OF A COMBAT OPERATIONS CENTER AND ITS STANDARD OPERATING PROCEDURES, REPORTING PROCEDURES, AND THE ...RATION OF MULTIPLE BATTLE DRILLS. HE EFFECTIVELY MANAGED FORMAL SCHOOL TRAINING FOR THE ENTIRE DIVISION, TRAINED HIS COUNTERPART ON THE ...R PROCEDURES, AND MENTORED SEVERAL DIVISION TRAINING OFFICERS; HIS EFFORTS RESULTED IN OVER 400 IRAQI SOLDIERS ATTENDING FORMAL MILITARY ...LING. SIMILARLY, HE AUTHORED THE TRANSITION TEAM CONVOY ORDER, THE BASIS FOR MORE THAN 100 SUCCESSFUL CONVOYS THROUGHOUT THE DANGEROUS ...AYS OF THE AL ANBAR PROVINCE. CONSTANTLY FORWARD LOOKING, HIS EFFORTS WILL HAVE A LASTING IMPACT ON THE IRAQI 7RH DIVISION AND THE MUL...TI ...NAL FORCE WEST TRANSITION MISSION. FIRST LIEUTENANT KUEHNE'S INITIATIVE, PERSEVERANCE, AND TOTAL DEDICATION TO DUTY REFLECTED CREDIT UPON HIM ...ERE IN KEEPING WITH THE HIGHEST TRADITIONS OF THE MARINE CORPS AND THE UNITED STATES NAVAL SERVICE.

...VEN THIS   25TH   DAY OF   DECEMBER   2006



FOR THE   SECRETARY OF THE NAVY
**G. H. BRISTOL**
**COLONEL, U.S. MARINE CORPS**
**COMMANDING OFFICER, I MARINE EXPEDITIONARY FORCE**
**HEADQUARTERS GROUP**



**United States Marine Corps**

**SERGEANT CHRISTOPHER C. KUEHNE** ▓▓▓▓▓▓▓ **USMC**

*was, on the* ____21ST____ *day of* ____NOVEMBER____ *, 19*__97__,

*the subject of a*

# MERITORIOUS MAST

*conducted by the*

**Commanding Officer**
**Weapons & Field Training Battalion**
**Marine Corps Recruit Depot**
**Parris Island, South Carolina 29905-7001**

*for outstanding service as follows:*

During the period of 10 November through 21 November 1997, Sergeant Kuehne attended Coaches School. Throughout this course of instruction, he demonstrated exceptional ability and initiative in mastering both the academic and practical application portions of the curriculum. Obtaining a 98.31% grade point average, the highest in the class, he earned the coveted title of Honor Graduate of Coaches School. Sergeant Kuehne's demonstrated professionalism, motivation, and drive towards academic excellence earned him the respect and admiration of all who observed him and were in keeping with the highest tradition of the United States Marine Corps.

F. M. Stewart
**F. M. STEWART**
Colonel, U. S. Marine Corps
Commanding

# UNITED STATES BORDER PATROL YUMA SECTOR

## UNITED STATES DEPARTMENT OF JUSTICE

### PRESENTS THIS

# CERTIFICATE

### OF

# APPRECIATION

### TO

LCPL  KUEHNE
INDIA COMPANY, 3/5
1ST MARINE DIVISION
CAMP PENDLETON, CALIFORNIA

# FOR

YOUR OUTSTANDING PARTICIPATION AS A MEMBER OF

INDIA COMPANY, 3RD BATTALION, 5TH MARINES, A MAJOR

PARTICIPANT IN THE YUMA SECTOR'S DRUG INTERDICTION

OPERATION FROM APRIL 3 THROUGH MAY 12, 1995.

_____
Chief Patrol Agent

May 12, 1995
_____
Date



THE NATIONAL SOCIETY OF THE

# Daughters of the American Revolution

## National Defense Committee

### ROTC Medal

*Awarded to*

Staff Sergeant Christopher Kuehne, United States Marine Corps

*a graduating ROTC student who has demonstrated academic excellence, dependability, good character, adherence to military discipline, leadership, and a fundamental and patriotic understanding of the importance of the Reserve Officers Training Corps*

Columbian Chapter, D.A.R.

*Presented by*

*Ann A. Hunter*
National Chairman

*Linda Tinkw Watkins*
President General, NSDAR

April 2002
Date



**KENNY HULSHOF**
NINTH DISTRICT
MISSOURI

November 9, 2001

SSgt. Christopher C. Kuehne, USMC
UMC ROTC

Dear SSgt. Kuehne:

Congratulations on being selected as a 2001 Exercise Tiger
Association Adopted Serviceman. Your commitment to your
country is something to be commended. It is my pleasure to
work in cooperation with the Exercise Tiger Foundation's Mid-
Missouri Adopt a Serviceman Program in honoring you and
thanking you for your service.

May we never forget the men and women who have served
before you, nor take for granted those who currently do and
will in the future.

Thank you and congratulations.

Sincerely,

Kenny C. Hulshof
Member of Congress

NOT PRINTED AT GOVERNMENT OR TAXPAYER EXPENSE



OFFICE OF THE SECRETARY OF STATE
STATE OF MISSOURI
JEFFERSON CITY
65101

STATE CAPITOL
ROOM 208
(573) 751-2379

MATT BLUNT
SECRETARY OF STATE

November 9, 2001

SSgt. Christopher C. Kuehne
US Marine Corps
ROTC-UMC

Dear Sergeant Kuehne:

Congratulations on receiving the "Adopted Serviceman" award.
Please know how much your service and commitment to our nation is
appreciated and revered by your fellow Americans.

It is an honor for me to join with your family and friends in
recognizing your achievements and accomplishments in the Armed
Services of the United States.

Sincerely,

Matt Blunt

li

# Naval Reserve Officers Training Corps

 

### UNIVERSITY OF MISSOURI
### COLUMBIA, MISSOURI

## Certificate of Award

### THIS IS TO CERTIFY THAT

**SGT CHRISTOPHER KUEHNE, USMC**

s named as a University of Missouri Naval Reserve Officers Training Corps All-Around Top
rformer.   This award was based upon Sgt Kuehne's exceptional physical, academic  and
litary performance.  This reflects highly upon him, the Battalion, and the United States
val Service.

HIS  29th  **DAY OF** August    2001

_____
Captain L. A. Hawks, U.S. Navy
Commanding Officer

# Naval Reserve Officers Training Corps

  

## Certificate of

## Academic Achievement

### Awarded To

*Sgt. Christopher Kuehne, USMC*

*24 January 2001*

*C. R. PIERSON*
*Captain, U.S. Navy*
*Commanding Officer*

# Naval Reserve Officers Training Corps

 

UNIVERSITY OF MISSOURI
COLUMBIA, MISSOURI

*Certificate of Award*

THIS IS TO CERTIFY THAT

**SGT CHRISTOPHER KUEHNE, USMC**

was named as an Outstanding Community Service Volunteer by the University of Missouri
Naval Reserve Officers Training Corps   This award was based upon Sgt Kuehne s assistance
with the effort to supply medical equipment to the Republic of Georgia    This reflects
highly upon him  the Battalion, and the United States Naval Service

THIS 29th  DAY OF August ,  2001

Captain L  A  Hawks, U S  Navy
Commanding Officer



## This is to Certify That
# Chrisopher Charles Kuehne

has complied with all the requirements for,

and has been inducted into the

# Phi Theta Kappa Society

International Scholastic Order

of the

Two - Year College

In witness of which we have caused the great seal of this Society to be

hereto affixed and inscribed our signatures.

Chapter Advisor

Alpha Lambda Beta

Chapter

Executive Director

November 14, 1999

Date

```
SSN: ✗✗✗✗✗✗✗               NAME: KUEHNE, CHRISTOPHE C.
PRES-GRADE: O3E                 DATE: 20131002


AWARDS


FROM      TO       TYPE  CODE  ENGLISH
19930406 19960405 1     GC    MARINE CORPS GOOD CONDUCT MEDAL
19971016 20000430 1     NA    NAVY AND MARINE CORPS ACHIEVEMENT MEDAL
20040906 20050228 1     NA    NAVY AND MARINE CORPS ACHIEVEMENT MEDAL
20041030 20041112 1     CR    COMBAT ACTION RIBBON
20060101 20061201 1     NC    NAVY AND MARINE CORPS COMMENDATION MEDAL
20060105 20061222 1     NC    NAVY AND MARINE CORPS COMMENDATION MEDAL
20060629 20060629 1     PH    PURPLE HEART
20070602 20100129 1     NC    NAVY AND MARINE CORPS COMMENDATION MEDAL
19930406 19930406 2     NN    NATIONAL DEFENSE SERVICE MEDAL
19940502 19941103 2     SD    SEA SERVICE DEPLOYMENT RIBBON
19960503 19960901 2     SD    SEA SERVICE DEPLOYMENT RIBBON
19970416 20000415 2     GC    MARINE CORPS GOOD CONDUCT MEDAL
20010911 20010911 2     NN    NATIONAL DEFENSE SERVICE MEDAL
20040908 20041108 2     SD    SEA SERVICE DEPLOYMENT RIBBON
20040913 20041213 2     WE    GLOBAL WAR ON TERRORISM EXPEDITIONARY MEDAL
20041101 20041130 2     WT    GLOBAL WAR ON TERRORISM SERVICE MEDAL
20060104 20061222 2     CI    IRAQ CAMPAIGN MEDAL
20060104 20061222 2     SD    SEA SERVICE DEPLOYMENT RIBBON
20070405 20070405 2     KD    KOREAN DEFENSE SERVICE MEDAL
19971101 20000531 3     MU    NAVY MERITORIOUS UNIT COMMENDATION
19990101 20001231 3     MU    NAVY MERITORIOUS UNIT COMMENDATION
20040802 20050201 3     NU    NAVY UNIT COMMENDATION
20040905 20050324 3     NU    NAVY UNIT COMMENDATION
20060204 20070104 3     NU    NAVY UNIT COMMENDATION
20060228 20070104 3     NU    NAVY UNIT COMMENDATION
19950403 19950512 4     CE    CERTIFICATE OF APPRECIATION
19971110 19971121 4     MT    MERITORIOUS MAST
20000125 20000125 4     LA    LETTER OF APPRECIATION
20000823 20000823 4     LA    LETTER OF APPRECIATION
20010101 20010101 4     LA    LETTER OF APPRECIATION
20010607 20010607 4     CF    CERTIFICATE OF COMMENDATION (INDIVIDUAL AWARD)
20040816 20040816 4     LA    LETTER OF APPRECIATION
20110609 20110609 4     LA    LETTER OF APPRECIATION
20120206 20130206 4     CF    CERTIFICATE OF COMMENDATION (INDIVIDUAL AWARD)
20130730 20130730 4     LA    LETTER OF APPRECIATION




GOOD CONDUCT MEDAL DATE:
SMCR MEDAL DATE:
ARMED FORCES RESERVE MEDAL DATE:
```



**DEPARTMENT OF THE NAVY**
NAVAL RESERVE OFFICERS TRAINING CORPS
UNIVERSITY OF MISSOURI
COLUMBIA, MISSOURI 65211-0001

1610
SER: 133
**4 June 2001**

From:   Commanding Officer, NROTC Unit, University of Missouri-Columbia

To:     Sergeant Christopher Kuehne, USMC, ▨▨▨▨

Subj:   LETTER OF ACADEMIC EXCELLENCE

1.  Your efforts and performance during the Winter 2001 semester resulted in a semester grade point average of 4.000.  As you know, academic excellence is one of the major points of emphasis in the NROTC Program, and your performance is a positive indication of your capability to become a commissioned officer.

2.  Congratulations on your Winter 2001 semester achievements and good luck in the Fall 2001 semester.  Your performance epitomizes the dedication of military students and serves as an example for all midshipmen.

C. R. PIERSON



**DEPARTMENT OF THE NAVY**
NAVAL RESERVE OFFICERS TRAINING CORPS
UNIVERSITY OF MISSOURI
COLUMBIA, MISSOURI 65211

JUL 2 6 2001

1650

From:   Commanding Officer, NROTC Unit, University of Missouri-
        Columbia

To:     Sgt Christopher C. Kuehne, ████████, USMC

Subj:   LETTER OF APPRECIATION

1.   I would like to extend my sincere appreciation for your
outstanding contribution to the success of the University of
Missouri NROTC Unit Change of Command and Retirement Ceremony.

2.   Your commitment to excellence and professionalism were
outstanding during the ceremony.  Your performance helped uphold
the high standards of the University of Missouri NROTC Unit and
was in keeping with the highest traditions of the United States
Naval Service.

3.   Please accept my personal "Congratulations" on a job well
done.

I. A. HAWKS



**DEPARTMENT OF THE NAVY**
NAVAL RESERVE OFFICERS TRAINING CORPS
UNIVERSITY OF MISSOURI
COLUMBIA, MISSOURI 65211

1600

From:   Commanding Officer, NROTC Unit, University of Missouri-
Columbia
To:     SSGT Christopher C. Kuehne, ████████████ USMC

Subj:   LETTER OF APPRECIATION

1.  I would like to extend my sincere appreciation for your
outstanding contribution to the overall success of the
University of Missouri Naval ROTC Unit's 2001 New Student
Orientation.

2.  Your commitment to excellence, leadership, and
professionalism, coupled with your outstanding competence and
knowledge of drill and ceremonies, naval traditions, and other
basic skills enabled you to help indoctrinate our newest
midshipmen and assist them in becoming valuable members of our
Mizzou Naval ROTC team.

3.  Please accept my personal "Congratulations" on a job well
done.

L. A. HAWKS

SSGT K: Thanks for making this go well.
BZ!



UNITED STATES MARINE CORPS
Weapons and Field Training Battalion
Marine Corps Recruit Depot
PO Box 17001
Parris Island, South Carolina 29905-7001

1650
S-1
25 Jan 00

From:  Commanding Officer
To:    Sergeant Christopher C. Kuehne ▬▬▬▬▬▬▬ USMC

SUBJ:  LETTER OF APPRECIATION

1.  I would like to take this opportunity to personally thank you
for your participation in the 1999 Weapons and Field Training
Battalion Marine Corps Birthday Ball Ceremony.  The
professionalism, hard work and dedication you displayed through
your many long hours of practice played a crucial part in
allowing this battalion to present a successful Marine Corps
Birthday Ceremony.  Your participation as the Battalion Narrator
greatly enhanced the ceremony and was an inspiration to all of
the audience who observed it.  It is Marines of your caliber that
bring great credit upon all who serve.  Keep up the good work!

*T. N. Barnhouse*

T. N. BARNHOUSE

*SGT KUEHNE! ... THANKS FOR YOUR HARD*
*"GERRY" ... THANKS FOR YOUR HARD*
*WORK IN MAKING THIS BALL SPECIAL. MUCH*
*APPRECIATED MARINE!*
*THANK YOU,*
*COL B*



**UNITED STATES MARINE CORPS**
I MARINE EXPEDITIONARY FORCE
U. S. MARINE CORPS FORCES, PACIFIC
BOX 555300
CAMP PENDLETON, CA 92055-5300

IN REPLY REFER TO:
1650
CG
0 9 JUN 2011

From:  Commanding General, I Marine Expeditionary Force
To:    Captain Christopher C. Kuehne ▮▮▮▮▮▮▮▮ USMC
Via:   Commanding Officer, 9th Communication Battalion

Subj:  COMMANDING GENERAL'S INSPECTION PROGRAM LETTER OF
       APPRECIATION

Ref:   (a) NAVMC DIR 5040.6H

1.  For outstanding achievement in the performance of duties
while serving with 9th Communication Battalion.  During a recent
Commanding General's Inspection, your superb attention to detail
and "can-do" attitude were most evident throughout the
inspection of Functional Areas 063, 210, 994, 995, Performance
Evaluation System, Absentee Voting Program, Suicide Prevention
Programs, Relocation Assistance Program/Personal Sponsorship.

2.  You epitomized the Marine Corps leadership traits and
principles.  Your efforts were instrumental in your areas of
responsibility receiving a grade of mission capable and being
identified as noteworthy by the inspector.  You truly serve as a
force multiplier for your unit and the I Marine Expeditionary
Force Air Ground Team.  Your outstanding motivation and
dedication to duty reflected credit upon you and your command.

3.  Keep up the great work.  Semper Fidelis!

                    T. D. WALDHAUSER



**DEPARTMENT OF THE NAVY**
NAVAL RESERVE OFFICERS TRAINING CORPS
UNIVERSITY OF MISSOURI
COLUMBIA, MISSOURI 65211-4090

1600
Ser: 917
23 August 2000

From:  Commanding Officer, NROTC Unit, University of Missouri-
       Columbia
To:    Sergeant Christopher Kuehne, ▬▬▬▬▬ USMC

Subj:  LETTER OF APPRECIATION

1.  I would like to extend my sincere appreciation for your
outstanding contribution to the overall success of the
University of Missouri Naval ROTC Unit's 2000 New Student
Orientation.

2.  Your commitment to excellence, leadership, and
professionalism, coupled with your outstanding competence and
knowledge of drill and ceremonies, naval traditions, and other
basic skills enabled you to help indoctrinate our newest
midshipmen and help them become valuable members of the Mizzou
Naval ROTC team.

3.  My personal "Congratulations" on a job well done.

C. R. PIERSON

## SUMMARY OF ACTION

Sergeant Kuehne's meritorious service while serving as a Range Coach, Block Noncommissioned Officer, Pitt Noncommissioned Officer, Company Clerk, and Training Noncommissioned Officer for Field Training Company, Weapons and Field Training Battalion, Marine Corps Recruit Depot, Parris Island, South Carolina from 16 October 1997 to 30 April 2000 merits recognition by awarding of the Navy and Marine Corps Achievement Medal. His specific accomplishments include the following:

Sergeant Kuehne arrived at Weapons and Field Training Battalion on 16 October 1997 and was assigned as a range coach. His outstanding performance resulted in his promotion to the billet of Block Noncommissioned Officer and subsequently to Pitt Noncommissioned Officer. In these billets he provided instruction and training to approximately 3400 recruits in third phase marksmanship.

His initiative and high level of performance resulted in Sergeant Kuehne's selection to fill the billet of company clerk for Field Training Company on 18 April, 1999. His positive impact on the daily operations of the company was immediate. Sergeant Kuehne designed a database for the collection and tracking of all pertinent information relating to the Marines of the company. The high quality of this database, and its ease of use, resulted in its adoption by the other companies within the battalion.

Sergeant Kuehne next applied his organizational skills to the method by which the company collected, recorded, and reported its training statistics. These efforts resulted in a dramatic increase in the company's ability to accurately assess the training that had been conducted and who had conducted this training. His continuous vigilance in this area resulted in every Marine assigned to the company completing their annual training requirements. Sergeant Kuehne again became the "go-to" man for the battalion in this field and offered help to the other companies.

When the Marine Corps transitioned to the Microsoft Office computer programs, Sergeant Kuehne transitioned all of the company's files to the new format in a timely and accurate manner. His most difficult task was transferring the company's substantial database from Lotus Approach to

Microsoft Access.   Self taught, Sergeant Kuehne spent countless hours upgrading his skills in order to prevent loss of critical data. His efforts have resulted in a 100% transformation of critical information without any negative impact on the day-to-day company operations.

Finally, Sergeant Kuehne played a key role in providing information and encouragement to the Marines of the battalion regarding educational opportunities in the Tri-Command area.   On his own initiative, he created a bulletin board and information kiosk where he posted updated information regarding class schedules and locations for college courses in the region.   Sergeant Kuehne has also volunteered significant periods of his personal off-duty hours to provide classes and training to the Marines of the battalion on these benefits.

Sergeant Kuehne's consistently noteworthy performance and his many contributions to the success of Weapons and Field Training Battalion, contributed immeasurably to mission accomplishment, and had a profound and lasting impact on the recruits he trained and the coaches, drill instructors and officers with whom he served.   His example is forever burned in the memories of all who observed his performance.   Accordingly, Sergeant Kuehne is recommended for the Navy and Marine Corps Achievement Medal with utmost enthusiasm.

## Citation

MERITORIOUS ACHIEVEMENT WHILE SERVING AS ASSISTANT OPERATIONS OFFICER, MILITARY TRANSITION TEAM, 7TH IRAQI ARMY DIVISION HEADQUARTERS, I MARINE EXPEDITIONARY FORCE FORWARD, FROM JANUARY TO DECEMBER 2006 IN SUPPORT OF OPERATION IRAQI FREEDOM. LIEUTENANT KUEHNE WORKED TIRELESSLY WITH THE 7TH DIVISION G-3 IN THE DEVELOPMENT OF A COMBAT OPERATIONS CENTER AND ITS STANDARD OPERATING PROCEDURES, REPORTING PROCEDURES, AND THE ENUMERATION OF MULTIPLE BATTLE DRILLS. HE EFFECTIVELY MANAGED FORMAL SCHOOL TRAINING FOR THE ENTIRE DIVISION, TRAINED HIS COUNTERPART ON THE PROPER PROCEDURES, AND MENTORED SEVERAL DIVISION TRAINING OFFICERS; HIS EFFORTS RESULTED IN OVER 400 IRAQI SOLDIERS ATTENDING FORMAL MILITARY SCHOOLING. SIMILARLY, HE AUTHORED THE TRANSITION TEAM CONVOY ORDER, THE BASIS FOR MORE THAN 100 SUCCESSFUL CONVOYS THROUGHOUT THE DANGEROUS ROADWAYS OF THE AL ANBAR PROVINCE. CONSTANTLY FORWARD LOOKING, HIS EFFORTS WILL HAVE A LASTING IMPACT ON THE IRAQI 7RH DIVISION AND THE MULTI NATIONAL FORCE WEST TRANSITION MISSION. FIRST LIEUTENANT KUEHNE'S INITIATIVE, PERSEVERANCE, AND TOTAL DEDICATION TO DUTY REFLECTED CREDIT UPON HIM AND WERE IN KEEPING WITH THE HIGHEST TRADITIONS OF THE MARINE CORPS AND THE UNITED STATES NAVAL SERVICE.

## Summary of Action

First Lieutenant Christopher C. Kuehne is enthusiastically recommended for the Navy and Marine Corps Commendation Medal.  Lieutenant Kuehne distinguished himself by providing exceptional meritorious service to the United States as the Assistant Operations Officer and Training Officer, Military Transition Team, 7th Iraqi Army Division, from January 2006 to December 2006 during Operation IRAQI FREEDOM.  He accomplished his duties as the Assistant Operations Officer for the 7th Iraqi Division in an exemplary manner and has used his previous training, operational experience and meticulous organizational skills to tremendous advantage.

•Worked closely with Division G-3 in the creation of standard operating procedures for the combat operations center (COC), division convoys and execution of all facets of division leave.
•Trained & mentored multiple Division Training Officers to supervise training effort of the Division headquarters and Brigades.  His constant supervision and attention to detail resulted in a comprehensive weekly division training meeting, in which the division's separate companies provide the training plans and requests to the training officer, the events are deconflicted and the division is able to conduct better training with much greater management of resources.
•Worked extensively on time consuming effort of translating and implementing combat operations center battle drill with the Division G-3 staff.  This battle drill covered 28 possible scenarios to which the COC must be ready to respond.
•Supervised the standardization of reporting formats within the 7th Division COC and helped the Division G-3 accurately reflect Brigade & Battalion information in reports and briefs.
•Assumed the duties of the MiTT Operations Officer on multiple occasions for extended periods of time during his absence, particularly during the month of June.
•Constantly sought out greater responsibility and effectively worked with officers far senior to him to communicate the needs and requirements for the 7th Division and the MiTT.
•Wrote military transition team combat convoy standard operating procedures and planned nearly 100 convoys for MiTT and Division Headquarters, some covering hundreds of kilometers.  These procedures were so professionally developed that many units took them on as their own convoy procedures with very minimal changes.
•Vehicle commander and .50 caliber machine gun vehicle gunner for MiTT convoys throughout Al Anbar province and to Baghdad and Taji.
•Lieutenant Kuehne also participated in foot patrols with Iraqi Army units. During one of these patrols, the unit with which he was patrolling was attacked by a vehicle borne improvised explosive device.  Lt Kuehne was treated for level III concussion and returned to duty.  He pushed to return to tactical duties as soon as medically authorized after his injuries.
•Thoughtful and analytical, he has tackled many difficult problems with an impressive tenacity that ensures no stone is left unturned for an answer while also writing with a skill not normally seen in an officer his grade.
•Coordinated and managed the formal training of nearly 400 soldiers and officers throughout 7th Division in the Iraqi formal schools system over twelve months.
•Conducted convoy training of Division Headquarters and Service and Military Police companies with subjects including: convoy commander responsibilities; key convoy leader responsibilities; rules of engagement; escalation of force; convoy tactics, techniques and procedures; rehearsals; and immediate action drills.
•Created an Arabic/English form for school submissions & student tracking that

were adopted by Multi-National Corps-Iraq and Multi-National Security
Transition Command Iraq.
•Has spurred additional school opportunities for the 7th Division through his
initiative and successful coordination during Multi-National Corps Iraq
training conferences and extremely well written and well received after action
comments.
•Coordinated with training organizations to schedule training assets for
mobile training teams for each of 7th Division's Brigades.
•Conducted, supervised and/or assisted in numerous operational tasks to ensure
preparation, and readiness of the MiTT for multiple reports and briefs for
visits of distinguished visitors to include numerous general officers and high
ranking civilian personnel and elected officials.
•Tracked force generation and schools for 7th Division to accurately identify
the training and manning requirements and shortfalls.
•Created the assault support request tracking system for the MiTT that was
later adopted by I Marine Expeditionary Force (Forward) G-10 Iraqi Security
Forces section.
•Conducted duties as the MiTT ordnance officer for coordinate of repair and
maintenance of all weapons.

**Citation**

**NC approved as NC by COL ANDREW SMITH on 01/26/2010**

MERITORIOUS SERVICE AS A PLATOON COMMANDER, COMPANY B AND DEPUTY DIRECTOR, DISTANCE LEARNING & TECHNOLOGY DEPARTMENT, MARINE CORPS INSTITUTE COMPANY, MARINE BARRACKS WASHINGTON FROM OCTOBER 2007 TO MARCH 2010. CAPTAIN KUEHNES PROFESSIONAL MILITARY DEMEANOR POSITIVELY REPRESENTED THE MARINE CORPS TO OVER 200,000 GUESTS AND MOURNERS AS HE HOSTED OVER 50 PARADES AND CEREMONIES AND AS HE MARCHED IN 22 EVENING AND SUNSET PARADES, OVER 30 MILITARY FUNERALS AT ARLINGTON NATIONAL CEMETERY, SIX TOMB OF THE UNKNOWN SOLDIER WREATH LAYING CEREMONIES, AND THREE ARMED FORCES FULL HONORS PARADES.  AS THE DEPUTY DIRECTOR FOR THE DISTANCE LEARNING & TECHNOLOGY DEPARTMENT, HE LED 32 DISTANCE LEARNING INSTRUCTORS TO STREAMLINE ANNUAL COURSE LISTINGS AND TRANSFER SIX PAPER BASED COURSES TO DIGITAL COURSEWARE FORMAT, SAVING APPROXIMATELY $1 MILLION IN POSTAGE AND PRINTING COSTS. HE SUPERVISED ALL PLANNING, ANALYSIS, DESIGN, DEVELOPMENT, IMPLEMENTATION AND EVALUATION OF DISTANCE LEARNING COURSE PRODUCTION, ENSURING PROFESSIONAL SUPPORT FOR 670,000 ANNUAL ENROLLMENTS. CAPTAIN KUEHNE'S TIRELESS EFFORTS AND DEDICATION TO DUTY REFLECTED CREDIT UPON HIMSELF AND UPHELD THE HIGHEST TRADITIONS OF THE MARINE CORPS AND THE UNITED STATES NAVAL SERVICE.

**Summary of Action**

Captain Christopher C. Kuehne, United States Marine Corps, is enthusiastically recommended for the Navy and Marine Corps Commendation Medal for meritorious service while serving as a Ceremonial Platoon Commander and Executive Officer for Company B and Deputy Director for the Distance Learning & Technology Department for Marine Corps Institute Company, Marine Barracks Washington DC from June 2007 to March 2010.

Capt Kuehne has been an integral part of the outstanding performance of Marine Barracks Washington (MBW). He has distinguished himself during his tenure at MBW as a marcher in Company B and has effectively led a group of outstanding Staff Non-Commissioned Officers in the course writing of Professional Military Education for Marines worldwide.

As a Ceremonial Platoon Commander for Company B, Captain Kuehne marched in over twenty-two (22) Evening and Sunset Parades, conducted two (2) Presidential Golden Eagle Staff Cordon Exercises, participated in over thirty (30) military funerals at Arlington National Cemetery, four (4) General Officer funerals, ten (10) field grade funerals, three (3) company grade funerals, six (6) Tomb of the Unknown Soldier Wreath Laying Ceremonies, and participated in three (3) Armed Forces Full Honors Parades in support of the mission at MBW.

Captain Kuehne held collateral duties as the Education Officer and the Voting Officer for Company B. In this capacity, he personally assisted in enrolment of twenty-two (22) Marines in college level courses. Additionally, he assisted three (3) Marines in completing and processing their Marine Enlisted Commissioning Program (MECEP) packages. All of those three (3) packages were successfully processed and one (1) of those Marines is presently attending college.

As the Voting Officer for Company B, Captain Kuehne received a 100% inspection rating on his desktop procedures during a Commanding General Inspector General Inspection during his tenure in the company. Additionally, he contacted and registered 312 Marines and civilians in preparation for the up-coming state and local elections as well as the Presidential election.

Soon after being re-assigned to Marine Corps Institute (MCI) Company, Capt Kuehne quickly excelled in his duties as the Deputy Director for the Distance Learning & Technology Department (DLTD). He made an immediate and significant positive impact on the mission of MCI by ensuring that Marines deployed worldwide were afforded the opportunity to retain proficiency and expand their MOS knowledge while broadening their technical and tactical skills in the distance learning program. Capt Kuehne quickly developed priorities and milestones for both the paper based and digital courses that reflects the strategic vision of MCI and the Marine Corps. These initiatives will help support the future of distance education for the warfighter and ensure that DLTD continues to be a touchstone distance learning organization.

Capt Kuehnes ability to stay focused and lead DLTD without interruption to the primary mission of DLTD is a testament to his dedication and professionalism. MCI produced correspondence courses in support of Marines and military personnel around the world that catered to annual enrollments of over 670,000. Captain Kuehne supervised all aspects associated with course production, i.e. planning, analysis, design, development, implementation and evaluation of distance learning course material. By identifying potential challenges in DLTD, he was able to reset and refocus the planning to alleviate many immediate challenges while simultaneously addressing issues that would impact DLTDs ability to accomplish future goals. Additionally, he hosted for Evening & Sunset parades, he provided instructors for the conduct of Ceremonial Drill School and Ceremonial Hosting School.

Capt Kuehne spent countless man hours going through the Marine Corps Institute Administration System (MCIAS) identifying shortfalls for courses that are in need of review. Working with an outdated course listing of 114 active courses, Capt Kuehne coordinated with the Occ field sponsors and outside agencies to streamline the annual course listing which deleted twenty-five (25) outdated courses and transferred at least six (6) paper based courses to digitally. This effort saved at least a million dollars in postage and print annually. Additionally, he supervised the completion and validation of seven (7) courses and review of over 114 courses. His knowledge of the course design process is such that he has become a ready reference for all new officers and Staff Non Commissioned Officers assigned to DLTD. Well versed in the various in applications, he has quickly become an invaluable asset to DLTD and MCI.

He instructed and taught over 32 Distance Learning Instructors the DL process. Created a training process that chunked information from beginning to end allowing the DLI and ISS to work as functional teams and take training pauses and check for accuracy. Supervised and ensured that 2 courses that were over 48 months behind production schedule were brought to standards (3550 Automatic Transmissions and 0381 Land Navigation) and produced.

Captain Kuehne is an exceptionally skilled, mission oriented officer who brings a level of precision, professionalism, and clear-eyed leadership to every task that comes before him. He created the Project of Action & Milestones for the Leading Marines blackboard digital course after seeing a shortfall and a gap for more than one (1) year and subsequently kick started the program forward with clearly defined timelines and expectations. This led to a successful project team and course development implementation. Capt Kuehne is unquestionably deserving of the recognition afforded through the awarding of the Navy and Marine Corps Commendation Medal.

## Citation

**HEROIC ACHIEVEMENT WHILE SERVING AS 1ST PLATOON COMMANDER, BATTERY G, 2D BATTALION, 11TH MARINES, 1ST MARINE DIVISION IN SUPPORT OF OPERATION IRAQI FREEDOM II FROM 6 SEPTEMBER 2004 TO 28 FEBRUARY 2005. DURING THIS PERIOD, FIRST LIEUTENANT KUEHNE CONSISTENTLY DISPLAYED OUTSTANDING LEADERSHIP AND TACTICAL EXPERTISE AS HE LED HIS PLATOON DURING THE CONDUCT OF 170 SQUAD AND PLATOON SIZED COMBAT PATROLS ACROSS THE AL ANBAR PROVINCE. DURING OPERATION PHANTOM FURY, HE DEMONSTRATED SUPERIOR PERSONAL COURAGE UNDER FIRE WHILE EXPERTLY DIRECTING THE FIRES OF HIS MARINES AGAINST INSURGENT STRONGHOLDS ALONG THE OUTSKIRTS OF FALLUJAH, FACILITATING THE SAFE MOVEMENT OF THE DIVISION'S ASSAULT FORCES. HIS LEADERSHIP DIRECTLY CONTRIBUTED TO THE SECURITY OF THOUSANDS OF IRAQI CITIZENS DURING CIVIL-MILITARY OPERATIONS IN FALLUJAH, AR AR INTERNATIONAL BORDER CROSSING, AND AN NUKHAYB DURING THE IRAQI NATIONAL ELECTIONS. FIRST LIEUTENANT KUEHNE'S INITIATIVE, PERSEVERANCE, AND TOTAL DEDICATION TO DUTY REFLECTED CREDIT UPON HIM AND WERE IN KEEPING WITH THE HIGHEST TRADITIONS OF THE MARINE CORPS AND THE UNITED STATES NAVAL SERVICE.**

## Summary of Action

First Lieutenant Kuehne is in receipt of Imminent Danger Pay.  The combat destinguishing device is authorized.

First Lieutenant Kuehne is enthusiastically recommended for the Navy and Marine Corps Achievement Medal with Combat Distinguishing Device in recognition of his heroic performance while serving as 1st Platoon Commander, Battery G, 2d Battalion, 11th Marines, 1st Marine Division from 6 September 2004 to 28 February 2005 in support of Operation Iraqi Freedom II. First Lieutenant Kuehne distinguished himself by performing his duties with outstanding leadership, tactical expertise, and tenacious pursuit of mission accomplishment.  His actions reached beyond his platoon's achievements and were instrumental in the battery's operational success.

Falling back on his prior-enlisted infantry background, First Lieutenant Kuehne personally transformed a thirty eight man platoon of artillerymen, radio operators, scout observers, and fire direction controlmen into a proficient rifle/military police platoon fully capable of operating throughout the diverse security and stability environment associated with OIF II.  Over the course of the deployment, First Lieutenant Kuehne personally led and supervised his platoon during the conduct of 170 squad and platoon sized patrols and operations, ranging from integrated patrols with Iraqi Security Forces (ISF) along the Saudi/Iraqi international border to sustained firefights in and around the outskirts of the city of Al Fallujah.  His steadfast leadership and work ethic directly contributed to the successful accomplishment of more than 500 battery patrols and missions for a total of 245,000 accumulated miles.  Given the battery's vast AO, approximately 11.6% of Iraq, he and his subordinate leaders consistently operated far outside the forward operations base (FOB).  Often hours away from reinforcing combat power, MEDEVAC support, and beyond the range of conventional communications, he relied solely on his own judgment and technical and tactical proficiency in skills outside the realm of primary MOS to ensure mission accomplishment and troop welfare.  Further, he ensured his subordinate leaders were capable to do the same.

Given the battery's large area of operations, First Lieutenant Kuehne's platoon was often required to recon and secure the AO at a pace of two to three squad-size patrols per day. Throughout this fast-paced operational tempo, he consistently trained, critiqued, and encouraged his subordinate unit leaders to learn, grow, and assume responsibility for their actions and decisions, fostering a tightly knit environment in which his Marines were able to develop and rely on each other tremendously.  He also intentionally placed his Marines in higher level billets, forcing them to not only learn their specific billet, but often two to three billets above.  Knowing that the platoon would eventually return to CONUS and resume firing battery operations, First Lieutenant Kuehne further integrated basic artillery knowledge and training as part of the platoons Professional Military Education (PME) program, fostering artillery MOS proficiency while his Marines operated in billets outside their MOS.

On 8 October 2004, during a routine patrol, local ISF leadership reported a weapons cache just 18 kilometers from the FOB.  Upon arrival, First Lieutenant Kuehne cordoned off the suspected area, and discovered 23 mortar rounds (one 82 mm and twenty two 120 mm).  Following First Lieutenant Kuehne's effective security of the site, and accurate reporting, the battery was able to coordinate the removal of the ordnance by Explosives Ordnance Disposal (EOD) through higher headquarters.

On 30 October 2004, the battery was tasked to send two reinforced platoons to support 1st Marine Division during Operation Phantom Fury/Al Fajr in the vicinity of AO Fallujah.  1st platoon was given a 12-hour warning order to organize and pack for an extended and uncertain mission. First Lieutenant Kuehne planned and supervised his platoon's preparations, ensuring his

Marines and all pertinent equipment and vehicles were properly prepared to complete any possible mission assigned.

From 1-2 November 2004, on the outskirts of Al Fallujah, First Lieutenant Kuehne's platoon was tasked to establish a blocking position vicinity division checkpoint 43, in order to stop all traffic in the three eastbound lanes of the MSR. In order to support the mission, his platoon, in conjunction with 2d Platoon, reoccupied the same position more than eight times, effectively stopping all traffic and facilitating friendly movement. Utilizing appropriate escalation of force techniques, his platoon effectively stopped numerous vehicles purposely or accidentally attempting to bypass their position. Engaging with pyrotechnics, individual small arms and crew served weapon systems, he ensured minimum civilian casualties were sustained while providing maximum support to the mission.

During each occupation of the blocking position, First Lieutenant Kuehne's platoon received sustained indirect fire, with rounds impacting within 150 meters from occupied positions. Having a clear understanding of the mission, First Lieutenant Kuehne ensured his Marines were effectively stopping all civilian traffic while taking advantage of the best possible cover, and mutually supporting each position with direct fire weapon systems. As the indirect fire continued, First Lieutenant Kuehne was able to identify the direction and distance of the enemy fire and passed that information up the chain of command. His information helped queue the counter battery radar at Camp Fallujah and soon thereafter, the enemy mortars were suppressed by a nearby artillery firing battery.

On 1 November 2004, a military-age Iraqi male was observed attempting to emplace a suspected improvised explosive devise (IED) approximately 200 meters from First Platoon's position. First Lieutenant Kuehne immediately left the platoon's defensive cordon and led four Marines to detain the Iraqi male, then effectively cordoned the area around the device. He then coordinated with higher headquarters for EOD support and maintained security of the area west of the blocking position, to the blocking position's direct front, redirecting MSR traffic away from the suspected IED, identified as a large burlap sack with protruding wires. Upon EOD's arrival, First Lieutenant Kuehne maintained security, allowing EOD to destroy the device.

From 4-5 November 2004, outside the town of Saqlawiyah, First Lieutenant Kuehne maintained a 24-hour traffic control point (TCP) at division checkpoint 286, stopping all traffic in on Main Supply Route (MSR) Mobile just east of ASR Gold. As the battery's main effort, First Lieutenant Kuehne expertly positioned his platoon's weapon systems, vehicle assets, and obstacles to effectively secure all eastbound civilian traffic towards Al Fallujah. Throughout the night, First Lieutenant Kuehne ensured position improvement, verified sectors of fire, and monitored troop readiness and welfare. Ensuring proper and immediate escalation of force techniques, his platoon effectively stopped numerous vehicles purposely or accidentally attempting to bypass the TCP. While the MSR was closed to all civilian traffic attempting to enter or depart the city of Al Fallujah, coalition forces movement had to remain unhindered. In order to facilitate friendly movement, First Lieutenant Kuehne made numerous trips outside and through friendly lines in order to escort friendly units through the TCP, coordinate with adjacent units, and balance and maintain security and effective defensive capability.

From 5-7 November 2004, along the eastern edge of Al Fallujah, 1st Platoon was tasked to establish guard positions along MSR Mobile in order to guard and provide freedom of maneuver to the division's assault elements as they loaded their attack positions north of the city. Again the battery's main effort, First Lieutenant Kuehne positioned his platoon along a portion of the MSR near the Fallujah Cloverleaf, where enemy contact was imminent.

Each night, 1st Platoon received intense indirect fire (IDF), rocket, and small arms attacks, with mortar and rocket fires impacting within 50 meters of their occupied positions. With limited

terrain to work with, negating his ability to reposition, First Lieutenant Kuehne remained fixed while the enemy attempted to bracket his platoon's positions with mortar and rocket fire, sustaining multiple rocket and mortar impacts within 50 meters of his positions.  For two consecutive nights, he repeatedly moved up and down the platoon's line, at great personal risk, identifying insurgent firing positions and expertly directing the fires of his crew served weapons.  Due to his aggressive leadership and bold actions under fire, his Marines effectively suppressed and destroyed every enemy attack.  Composed and tenacious, First Lieutenant Kuehne motivated and inspired his Marines to continue delivering effective fires on the enemy, all while retaining situational awareness of the fight, to include the situation of the adjacent battery and battalion units to his north and south.

Following the division's attack into Al Fallujah, First Lieutenant Keuhne's platoon was tasked to provide security escort to the I MEF Civil-Military Operations Center in downtown Fallujah.  He led and supervised his platoon during 27 security escort missions in and around the destroyed city, throughout the confusing maze of Fallujah's rubbled streets and various unit's zones and sectors, maintaining security of his escorted convoy and proper coordination between different units.  This was successfully accomplished without the aid of detailed maps or proper coordination information.

From 16-21 November 2004, Battery G maintained a presence at the Ar Ar international border crossing between Iraq and the Kingdom of Saudi Arabia (KSA) during the final days of Umrah, an Islamic event similar to the Hajj pilgrimage to Mecca.  During this period, First Lieutenant Kuehne led his platoon to supervise and gather information on the policies and procedures of the Iraqi Department of Border Enforcement (DBE) operating the international Port of Entry (POE).  Throughout a 5-day period he directly supervised the DBE during the processing and inspection of over 19,000 pilgrims re-entering Iraq from KSA.

On 31 December 2004, the battery was tasked to provide assistance over watch to the Ar Ar DBE, POE, and border crossing during the Hajj.  As the battery's main effort, First Lieutenant Kuehne led his platoon to establish and secure a combat outpost near the Ar Ar POE, and begin battery operations.  Tasked to operate virtually independently 119 miles from the FOB, First Lieutenant Kuehne ensured all necessary weapon systems, vehicles, equipment, and communications were transported and properly employed in order to ensure security, safety, and successful mission accomplishment.  With numerous HQ Platoon attachments, and a heavy logistics train of Class I, III, IV, and V supply materials, he quickly organized, positioned, and established an operational and combat ready outpost.  1st Platoon's rapid and thorough occupation of the combat outpost greatly facilitated both Battery G and Iraqi security throughout the pilgrimage, and set the conditions for the battery's over watch and accurate reporting of over 22,000 pilgrims traveling to and from Iraq through Ar Ar in over 900 vehicles.

From 28-31 January 2005, during the Iraqi National and Al Anbar Provincial Elections, First Lieutenant Kuehne led his platoon during the three day continuous operation, securing a polling center in An Nukhayb, establishing both an inner and outer defensive cordon around the polling center, and providing "Guardian Angel" over watch positions to the battery's defensive cordon.  Once again the battery's main effort, he worked in close cooperation with local ISF and the Independent Electoral Commission of Iraq (IECI).  His dedication and the disciplined posture of his Marines ensured a safe, secure environment for the Iraqi citizens of An Nukhayb.  On elections day, his efforts ensured security of the battery's Elections Support Team (EST) and 20 IECI workers to and from the polling center.  After conducting a battle handover of the inner cordon to ISF, and assuming positions in the battery's outer cordon around the town of An Nukhayb, his Marines ensured the proper reporting and operations capability of the polling center, proper chain of custody of all ballots and elections materials, and set the conditions for a hugely successful elections turn-out of over 1,000 voters.  The success of the An Nukhayb election rivaled results posted in larger cities such as Ar Ramadi when comparing voter

percentage to population.

Consistently the battery's main effort, First Lieutenant Kuehne always found a way to succeed and excel, lending greatly to the battery's continued success.  Given any order, he simply focused on mission accomplishment, the welfare of the Marines, and got the job done.  For his personal initiative, exceptional resourcefulness, and devotion to duty throughout SASO and combat, First Lieutenant Kuehne is recommended for the Navy and Marine Corps Achievement Medal with Combat Distinguishing Device.

KENNY HULSHOF

November 9, 2001

SSgt Christopher C Kuehne, USMC
UMC ROTC

Dear SSgt Kuehne

Congratulations on being selected as a 2001 Exercise Tiger
Association Adopted Serviceman  Your commitment to your
country is something to be commended  It is my pleasure to
work in cooperation with the Exercise Tiger Foundation's Mid-
Missouri Adopt a Serviceman Program in honoring you and
thanking you for your service

May we never forget the men and women who have served
before you, nor take for granted those who currently do and
will in the future

Thank you and congratulations

Sincerely

Kenny C  Hulshof
Member of Congress

NOT PRINTED AT GOVERNMENT OR TAXPAYER EXPENSE

26 17

OFFICE OF THE SECRETARY OF STATE
STATE OF MISSOURI
JEFFERSON CITY
65101

MATT BLUNT

November 9, 2001

SSgt Christopher C Kuehne
US Marine Corps
ROTC-UMC

Dear Sergeant Kuehne

Congratulations on receiving the "Adopted Serviceman" award
Please know how much your service and commitment to our nation is
appreciated and revered by your fellow Americans

It is an honor for me to join with your family and friends in
recognizing your achievements and accomplishments in the Armed
Services of the United States

Sincerely

Matt Blunt

li

ADI7

Defense Exhibit 2:

Filed Under Seal Pursuant to

Protective Order



# Defense Exhibit 3:

# Filed Under Seal Pursuant to

# Protective Order



# Defense Exhibit 4:

# Receipt of Restitution Pre-Payment

02/05/2024 04:31 PM

Version 7.0.2   Page 1   of   1

**U.S. Courts**
**Case Inquiry Report**
**Case Number: DDCX121CR000160; Party Number: 001; Payee Code: N/A**
**Show Party Details: N; Show Payee Details: N; Show Transactions: Y**

**Case Number**   DDCX121CR000160   **Case Title**   USA V. KUEHNE ET AL

**Summary Party Information:**

| Party# | Party Code | Party Name | Account Code | Debt Type | JS Account # | Total Owed | Total Collected | Total Outstanding |
|--------|-----------|------------|--------------|-----------|--------------|-----------|-----------------|-------------------|
| 001 | 24PP017755 | CHRISTOPHER KUEHNE | DCXPA301 | NOT OTHERWISE CLASSIFIED | | 2,000.00 | 2,000.00 | 0.00 |
| | | | | | | 2,000.00 | 2,000.00 | 0.00 |

**Registry Information:**

| Depository Code | Depository Name | | Account Type | Account Number | Depository Total |
|-----------------|-----------------|---|--------------|----------------|------------------|

**Transaction Information:**

| Document Type/Number* | Document Date | Accomplished Date | Line Type | Amount | Party/Payee Name | Doc Actn | Trans Type | Fund |
|----------------------|---------------|-------------------|-----------|--------|------------------|----------|-----------|------|
| Account Number | Debt Type Line# | Debt Type | | Payee Line# | Depository Line# | Check Number | | |
| CTC P011024DDCX121CR000160001 | 10-JAN-24 | 11-JAN-24 | PR | 2,000.00 | CHRISTOPHER KUEHNE | O | PG06 | 6855XX |
| DDCX121CR000160-001 | 1 | NOT OTHERWISE CLASSIFIED | | | | | | |

**\* Document Type Legend**

| Document Type | Document Type Name |
|---------------|--------------------|
| CTC | Cash Receipt - Courts CCA Automated |

<u>Defense Exhibit 5:</u>

Examples of 2020 Political Riot Case

Dismissals in Portland

SCOTT ERIK ASPHAUG, OSB #833674
Acting United States Attorney
District of Oregon
**THOMAS S. RATCLIFFE, ILSB #6243708**
Assistant United States Attorney
Thomas.Ratcliffe@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:20-cr-00442-HZ |
| v. | **MOTION TO DISMISS WITH PREJUDICE** |
| **JOSHUA M. WARNER,**<br>   **aka EVA WARNER,** | |
| **Defendant.** | |

The government moves the Court for an Order under Fed. R. Crim. P. Rule 48(a) to

dismiss with prejudice the indictment against Defendant, in the best interests of justice.

Defendant has successfully complied with the terms of the Deferred Resolution Agreement,

including performing at least 30 hours of community service.

Dated: December 21, 2021                    Respectfully submitted,

                                            SCOTT ERIK ASPHAUG
                                            Acting United States Attorney

                                            ***/s/ Thomas S. Ratcliffe***
                                            THOMAS S. RATCLIFFE, ILSB #6243708
                                            Assistant United States Attorney

**Motion to Dismiss with Prejudice**                    **Page 1**

BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
**PAMELA PAASO**
Assistant United States Attorney
pamela.paaso@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

## UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:20-cr-00250-HZ** |
| v. | |
| **MARNIE SAMANTHA SAGER,** | **GOVERNMENT'S MOTION TO DISMISS INFORMATION WITH PREJUDICE** |
| **Defendant.** | **Rule 48(a) Fed. R. Crim. P.** |

United States of America moves to dismiss the information filed on July 22, 2020 with prejudice in the interest of justice. Fed. R. Crim. P. 48(a).

Dated: February 19, 2021

Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney

*s/ Pamela Paaso*
PAMELA PAASO
Assistant United States Attorney

**Motion to Dismiss Information with Prejudice**                                    **Page 1**

BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
**PARAKRAM SINGH, OSB #134871**
Assistant United States Attorney
Parakram.Singh@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone:  (503) 727-1000
Attorneys for United States of America

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:20-mj-00170 |
| v. | **MOTION TO DISMISS COMPLAINT WITHOUT PREJUDICE** |
| **THOMAS JOHNSON,** | |
| **Defendant.** | |

The United States of America, by and through counsel, respectfully moves this Court, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, for an order dismissing without prejudice the Complaint filed July 27, 2020, charging defendant with Assault on a Federal Officer.

The government seeks this dismissal in the interests of justice.

Dated: October 22, 2020                    Respectfully submitted,

                                           BILLY J. WILLIAMS
                                           United States Attorney

                                           *s/ Parakram Singh*
                                           PARAKRAM SINGH, OSB #134871
                                           Assistant United States Attorney

**Motion to Dismiss Complaint**                                    **Page 1**
                                                          Revised March 2018

BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
**PARAKRAM SINGH, OSB #134871**
Assistant United States Attorney
Parakram.Singh@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone:  (503) 727-1000
Attorneys for United States of America

### UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:20-cr-00245-IM** |
| **v.** | **MOTION TO DISMISS WITH PREJUDICE COUNT 1 OF** |
| **JENNIFER LYNN KRISTIANSEN,** | **INFORMATION** |
| **Defendant.** | |

The United States of America, by and through counsel, respectfully moves this Court,

pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, for an order dismissing with

prejudice Count 1 of the information filed July 21, 2020, charging defendant with Assault on a

Federal Officer.

The government seeks this dismissal in the interests of justice.

Dated: October 9, 2020                            Respectfully submitted,

                                                 BILLY J. WILLIAMS
                                                 United States Attorney

                                                 *s/ Parakram Singh*
                                                 PARAKRAM SINGH, OSB #134871
                                                 Assistant United States Attorney

**Motion to Dismiss Count 1 of Information**                            **Page 1**

BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
PAMELA PAASO
Assistant United States Attorney
pamela.paaso@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone:  (503) 727-1000
Attorneys for United States of America

### UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:20-cr-00374-BR** |
| **v.** | |
| **TAYLOR CHARLES LEMONS,** | **GOVERNMENT'S MOTION TO DISMISS INFORMATION WITHOUT PREJUDICE** |
| **Defendant.** | **Rule 48(a) Fed. R. Crim. P.** |

United States of America moves to dismiss the information filed on August 21, 2020

without prejudice in the interest of justice.  Fed. R. Crim. P. 48(a).

Dated: August 28, 2020

Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney

*s/ Pamela Paaso*
PAMELA PAASO
Assistant United States Attorney

**Motion to Dismiss Information without Prejudice**                                    **Page 1**

BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
PAMELA PAASO
Assistant United States Attorney
pamela.paaso@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone:  (503) 727-1000
Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:20-cr-00252-HZ** |
| **v.** | |
| **GABRIEL REED HUSTON,** | **GOVERNMENT'S MOTION TO DISMISS INFORMATION WITHOUT PREJUDICE** |
| **Defendant.** | **Rule 48(a) Fed. R. Crim. P.** |

United States of America moves to dismiss the information filed on July 22, 2020

without prejudice in the interest of justice.  Fed. R. Crim. P. 48(a).

Dated: December 4, 2020

Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney

_s/ Pamela Paaso_
PAMELA PAASO
Assistant United States Attorney

**Motion to Dismiss Information without Prejudice**                          **Page 1**

BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
**PARAKRAM SINGH, OSB #134871**
Assistant United States Attorney
Parakram.Singh@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone:  (503) 727-1000
Attorneys for United States of America

### UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:20-cr-00210-IM** |
| v. | **MOTION TO DISMISS INFORMATION WITHOUT PREJUDICE** |
| **THEODORE MATTHEE O'BRIEN,** | |
| Defendant. | |

The United States of America, by and through counsel, respectfully moves this Court,

pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, for an order dismissing

without prejudice the Information filed July 7, 2020, charging defendant with Assault on a

Federal Officer.

The government seeks this dismissal in the interests of justice.

Dated: November 3, 2020                    Respectfully submitted,

                                           BILLY J. WILLIAMS
                                           United States Attorney

                                           *s/ Parakram Singh*
                                           PARAKRAM SINGH, OSB #134871
                                           Assistant United States Attorney

**Motion to Dismiss Information**                                           **Page 1**

BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
PAMELA PAASO
Assistant United States Attorney
pamela.paaso@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone:  (503) 727-1000
Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:20-cr-00278-JO** |
| v. | |
| **PABLO AVVACATO,** | **GOVERNMENT'S MOTION TO DISMISS INFORMATION WITHOUT PREJUDICE** |
| **Defendant.** | **Rule 48(a) Fed. R. Crim. P.** |

United States of America moves to dismiss the information filed on July 27, 2020

without prejudice in the interest of justice.  Fed. R. Crim. P. 48(a).

Dated: September 10, 2020

Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney

_s/ Pamela Paaso_
PAMELA PAASO
Assistant United States Attorney

**Motion to Dismiss Information without Prejudice**                                    **Page 1**

BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
**ASHLEY R. CADOTTE, OSB #122926**
Assistant United States Attorney
Ashley.Cadotte@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:20-cr-00286-MO** |
| **v.** | **GOVERNMENT'S MOTION TO DISMISS INFORMATION WITH** |
| **IAN ALEC WOLF,** | **PREJUDICE** |
| **Defendant.** | |

Plaintiff United States of America moves to dismiss this information with prejudice in the interest of justice. Defendant has completed the requirements for the deferred resolution agreement.

Dated: November 30, 2020

Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney

 /s/ Ashley R. Cadotte
ASHLEY R. CADOTTE, OSB #122926
Assistant United States Attorney

**Motion to Dismiss Information with Prejudice**                                    **Page 1**

BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
PAMELA PAASO
Assistant United States Attorney
pamela.paaso@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:20-cr-00279-IM** |
| v. | |
| **DOUGLAS ROBERT DEAN,** | **GOVERNMENT'S MOTION TO DISMISS INFORMATION WITHOUT PREJUDICE** |
| **Defendant.** | **Rule 48(a) Fed. R. Crim. P.** |

United States of America moves to dismiss the information filed on July 27, 2020 without prejudice in the interest of justice. Fed. R. Crim. P. 48(a).

Dated: December 21, 2020

Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney

*s/ Pamela Paaso*
PAMELA PAASO
Assistant United States Attorney

**Motion to Dismiss Information without Prejudice**                                        **Page 1**

BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
**PARAKRAM SINGH, OSB #134871**
Assistant United States Attorney
Parakram.Singh@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone:  (503) 727-1000
Attorneys for United States of America

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:20-mj-168** |
| v. | **MOTION TO DISMISS COMPLAINT WITH PREJUDICE** |
| **REBECCA MOTA GONZALEZ,** | |
| **Defendant.** | |

The United States of America respectfully moves this Court, pursuant to Rule 48(a) of

the Federal Rules of Criminal Procedure, for an order dismissing with prejudice the Complaint

filed July 27, 2020, charging defendant with Assaulting a Federal Officer.

The government seeks this dismissal in the interests of justice.

Dated: January 20, 2021                              Respectfully submitted,

                                                     BILLY J. WILLIAMS
                                                     United States Attorney

                                                     *s/ Parakram Singh*
                                                     PARAKRAM SINGH, OSB #134871
                                                     Assistant United States Attorney

**Motion to Dismiss Complaint**                                          **Page 1**

BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
**PARAKRAM SINGH, OSB #134871**
Assistant United States Attorney
Parakram.Singh@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone:  (503) 727-1000
Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:20-mj-166** |
| v. | **MOTION TO DISMISS COMPLAINT WITH PREJUDICE** |
| **STEPHEN EDWARD O'DONNELL,** | |
| **Defendant.** | |

The United States of America respectfully moves this Court, pursuant to Rule 48(a) of

the Federal Rules of Criminal Procedure, for an order dismissing with prejudice the Complaint

filed July 26, 2020, charging defendant with Assaulting a Federal Officer.

The government seeks this dismissal in the interests of justice.

Dated: January 22, 2021                      Respectfully submitted,


                                             BILLY J. WILLIAMS
                                             United States Attorney

                                             *s/ Parakram Singh*
                                             PARAKRAM SINGH, OSB #134871
                                             Assistant United States Attorney


**Motion to Dismiss Complaint**                                      **Page 1**
                                                            Revised March 2018

BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
**ASHLEY R. CADOTTE, OSB #122926**
Assistant United States Attorney
Ashley.Cadotte@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:20-cr-00329-BR** |
| **v.** | **GOVERNMENT'S MOTION TO DISMISS INFORMATION WITH PREJUDICE** |
| **JEFFREE CHEYENNE CARY,** | |
| **Defendant.** | |

Plaintiff United States of America moves to dismiss this information with prejudice in the interest of justice.  Defendant has completed the requirements for the deferred resolution agreement.

Dated: January 21, 2021                    Respectfully submitted,

                                    BILLY J. WILLIAMS
                                    United States Attorney

                                     _/s/ Ashley R. Cadotte_
                                    ASHLEY R. CADOTTE, OSB #122926
                                    Assistant United States Attorney

**Motion to Dismiss Information with Prejudice**                                    **Page 1**

BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
PAMELA PAASO, TXSB #24060371
Assistant United States Attorney
pamela.paaso@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone:  (503) 727-1000
Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:20-cr-00247-IM** |
| **v.** | |
| **JERUSALEM A. CALLAHAN,** | **GOVERNMENT'S MOTION TO DISMISS INFORMATION WITHOUT PREJUDICE** |
| **Defendant.** | **Rule 48(a) Fed. R. Crim. P.** |

United States of America moves to dismiss the information filed on July 22, 2020

without prejudice in the interest of justice.  Fed. R. Crim. P. 48(a).

Dated: February 16, 2021

Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney

_s/ Pamela Paaso_
PAMELA PAASO
Assistant United States Attorney

**Motion to Dismiss Information without Prejudice**                                    **Page 1**

BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
PAMELA PAASO
Assistant United States Attorney
pamela.paaso@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone:  (503) 727-1000
Attorneys for United States of America

### UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:20-cr-00255-SI** |
| **v.** | |
| **NICHOLAS KLOIBER,** | **GOVERNMENT'S MOTION TO DISMISS INFORMATION WITH PREJUDICE** |
| **Defendant.** | **Rule 48(a) Fed. R. Crim. P.** |

United States of America moves to dismiss the information filed on July 23, 2020 with

prejudice in the interest of justice.  Fed. R. Crim. P. 48(a).

Dated: February 17, 2021

Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney

*s/ Pamela Paaso*
PAMELA PAASO
Assistant United States Attorney

**Motion to Dismiss Information with Prejudice**                                   **Page 1**