UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | )  CRIMINAL CASE NO: 1:21-CR-00160-TJK |
| | ) |
| **CHRISTOPHER KUEHNE,** | ) |
| DEFENDANT. | ) |

**UNOPPOSED MOTION FOR DELAY IN REPORTING DATE**

The Defendant hereby requests a delay of his custody reporting date to a date on or after July 5, 2024, and avers as follows in support of his request:

1. This Court has sentenced Christopher Kuehne to serve 75 days of incarceration.

2. As of March 28, 2024, the date of this Motion, the Bureau of Prisons has not yet assigned a facility for Mr. Kuehne nor ordered a particular self-surrender date.

3. Mr. Kuehne is scheduled for various medical appointments and treatments in May and June of 2024.

4. In order to avoid unnecessary delay and complications with his medical treatments, and to avoid undue hardships, Mr. Kuehne requests that his self-surrender date be set for a date on or after July 5, 2024.

5. Counsel for the Government has been made aware of this request and has no objection to the request for delay for a date on or after July 5, 2024.

Accordingly, the Defendant requests that his reporting date be ordered for a date no earlier than July 5, 2024.

Respectfully submitted,
By Counsel:
_____/s/_____
Marina Medvin, Esq.
*Counsel for Defendant*
MEDVIN LAW PLC
916 Prince Street
Alexandria, Virginia 22314
Tel:  888.886.4127
Email: contact@medvinlaw.com

**CERTIFICATE OF SERVICE FOR CM/ECF**

I hereby certify that on March 28, 2024, I will electronically file the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users, and that service will be accomplished by the CM/ECF system.

_____/s/_____
Marina Medvin, Esq.