UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v.  ) <br> ) <br> ) <br> CHRISTOPHER KUEHNE, ) <br> Defendant. ) <br> ) | Case No: 1:21-cr-00160-001 |

**Emergency Motion for to Vacate Sentence of Imprisonment**

Christopher Kuehne moves for an emergency vacatur of his in-custody imprisonment sentence and avers as follows in support of his request:

1. On February 23, 2024, this Court sentenced Mr. Kuehne to serve 75 days of incarceration and recorded his special request to report to a facility in *Arizona*.

2. After a delay in reporting due to a medical emergency, the B.O.P. ordered Mr. Kuehne to report to a facility in *California* on September 16, 2024.

3. Mr. Kuehne has serious medical conditions requiring constant care, as discussed in ECF No. 256 and at the Sentencing Hearing on February 23, 2024.

4. Mr. Kuehne traveled to California and reported to MCC San Diego, as ordered by the Probation Office, brining with him his electric medical devices and medications, including a CPAP machine (a breathing assistive apparatus) and a spinal-cord stimulator (a pain management machine). These machines require electricity to operate.

5. MCC San Diego took Mr. Kuehne into custody on Monday of this week. It is now Thursday afternoon, four days later. None of my client's machines have been made viable to him. These machines are essential to his health. He was also not been given his migraine medication that that he needs for the migraines resulting from the IED explosion and the traumatic brain injury he sustained while serving in the military.

6. Last night, Mr. Kuehne had a severe migraine that was not treated with medication. He was not given his migraine medication. He was in serious pain and almost vomited.

7. Mr. Kuehne was advised that none of the rooms in MCC San Diego have electric wall plugs for his machines. The facility is unable to care for his needs. Mr. Kuehne was not moved to another facility. He has now spent four days and three nights without his medical devices and will have to spend another 71 days like this if the sentence is permitted to continue.

8. The B.O.P. is not prioritizing Mr. Kuehne's wellbeing nor caring for his medical needs.

9. This is not humane. This is not satisfactory detention. *And — as a personal note from undersigned counsel — this is not how an American war hero should be treated*.

10. Mr. Kuehne is requesting an immediate suspension of his sentence of custody and asks for medical release. Mr. Kuehne asks to serve out the remainder of his sentence as home confinement so that he can have his medical needs met.

11. Defense counsel notified Government counsel of the situation yesterday, to which Government counsel responded by asking if the facility has been called. Undersigned

counsel called the facility numerous times without a response from the facility. Defense counsel even waited an additional day before filing for emergency relief from custody in hopes that the B.O.P. would correct their lack of care for Mr. Kuehne. No corrective measures were taken. That being said, **it should not take lawyers or courts to provide basic care to medically-compromised detainees**. Mr. Kuehne's detention should not continue.

12. While establishing a direct attorney-client call line with Mr. Kuehne today, undersigned counsel asked for a doctor to see Mr. Kuehne. The legal department responded: "We have forwarded your concerns to Health Services and your client's needs will be addressed as they deem necessary. Inmates can always put in a message for sick call and/or tell their officer they need to be seen by Medical."

Respectfully submitted,
By Counsel:
_____/s/_____
Marina Medvin, Esq.
*Counsel for Defendant*
MEDVIN LAW PLC
916 Prince Street
Alexandria, Virginia 22314
Phone: (703) 870-3300
contact@medvinlaw.com

**CERTIFICATE OF SERVICE FOR CM/ECF**

I hereby certify that on September 19, 2024, I will electronically file the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users, and that service will be accomplished by the CM/ECF system.

_____/s/_____
Marina Medvin, Esq.