# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 21-CR-160-1 (TJK) |
| : | |
| CHRISTOPHER KUEHNE, : | |
| : | |
| Defendant. : | |

## CONSENT MOTION FOR EXTENSION OF TIME TO FILE RESPONSE

The United States of America, by and through its attorney the United States Attorney for the District of Columbia, and with the consent of counsel for defendant Christopher Kuehne, files this motion to extend the deadline for its response to the defendant's Emergency Motion to Vacate Sentence of Imprisonment [ECF 286], which response is presently due today, September 24, 2024.

The parties have been consulting with the Bureau of Prisons and have made substantial progress in addressing the issues upon which the defendant's motion is based. It is hoped that, with one additional day to continue these efforts, the issues can be completely resolved and the defendant's motion made moot.

Accordingly, the government requests that its deadline to respond be extended one day, to September 25, 2024. The government has conferred with defense counsel, who agrees to the requested extension.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

BY:   */s Conor Mulroe*
Conor Mulroe
NY Bar Number 5289640
Assistant United States Attorney
601 D Street NW
Washington, D.C. 20530
(202) 330-1788
conor.mulroe@usdoj.gov