UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No: 1:21-cr-00160-001 |
| ) | |
| CHRISTOPHER KUEHNE, ) | |
| Defendant. ) | |

**WITHDRAWAL OF ECF NO. 286**

Counsel for Christopher Kuehne filed an Emergency Motion to Vacate Sentence of Imprisonment, ECF No. 286, on September 19, 2024. Opposing counsel and B.O.P. counsel intervened after the Defendant's filing and have been assisting undersigned counsel and Mr. Kuehne in obtaining the requisite medical care that he should have received immediately. As of last night, Mr. Kuehne has finally been provided with the full gamut of his prescribed medications and medical devices. Undersigned counsel is thus withdrawing the Motion in ECF No. 286.

Respectfully submitted,
By Counsel:
_____/s/_____
Marina Medvin, Esq.
*Counsel for Defendant*
MEDVIN LAW PLC
916 Prince Street
Alexandria, Virginia 22314
Phone: (703) 870-3300
contact@medvinlaw.com

**CERTIFICATE OF SERVICE FOR CM/ECF**

      I hereby certify that on October 2, 2024, I will electronically file the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users, and that service will be accomplished by the CM/ECF system.

                                       /s/
                              Marina Medvin, Esq.